# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:04CR43-4** |
| | ) | |
| vs. | ) | **ORDER TO DESTROY EVIDENCE** |
| | ) | |
| **ANGELA NAOMI HOWELL** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's motion for destruction of evidence.

For the reasons stated in the Government's motion and for good cause shown, the Court finds that the firearm described in the motion, which is now in the possession of the McDowell County Sheriff's Office, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the firearm, a Ruger 22 Rifle, SN 111-21869, is hereby ordered destroyed in accordance with the usual procedure for the destruction of such evidence.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge