# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:04cr43-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ANGELA N. HOWELL. | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion to Order and/or Recommend Twelve (12) [Months] Halfway House/Home Confinement [Doc. 318].

The Defendant is in the custody of the United States Bureau of Prisons in connection with her conviction and sentence for conspiracy to manufacture methamphetamine. She requests this Court order or recommend that she be placed in a halfway house or in home detention for a period of twelve months. This Court does not have the authority to grant the relief sought.

The Federal Bureau of Prisons has established an administrative procedure whereby a federal inmate may request pre-release conditions

and obtain review of the agency's determinations. 28 C.F.R. §542.10, *et. seq.* The Defendant should address her requests in the first instance to that agency. Greene v. Cruz, 2013 WL 968223 (D.S.C. 2013). This Court has no authority to request the Bureau of Prisons to alter the location and manner in which the Defendant's sentence is served. United States v. Squire, 2012 WL 3848364 (D.S.C. 2012).

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion to Order and/or Recommend Twelve (12) [Months] Halfway House/Home Confinement [Doc. 318] is hereby **DENIED**.

Signed: May 3, 2013

Martin Reidinger
United States District Judge