# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:04-cr-00043-MR-4
# CRIMINAL CASE NO. 1:17-cr-00035-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ANGELA NAOMI HOWELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's "First Step Act (FSA) Sentence Reduction Motion" [Criminal Case No. 1:04-cr-00043-MR-4, Doc. 379; Criminal Case No. 1:17-cr-00035-MR-WCM-1, Doc. 25].

In May 2005, the Defendant was convicted of conspiracy to manufacture and to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. [Doc. 171]. She was sentenced to a term of 151 months' imprisonment and five years of supervised release. [Id.]. In July 2017, the Defendant's term of supervised release was revoked, and she was sentenced to a term of 30 months' imprisonment and an additional 30 months of supervised release. [Doc. 361]. In December 2017, the Defendant was sentenced in a separate criminal case to a term of 84

months' imprisonment after pleading guilty to two counts of possession with intent to distribute methamphetamine. [Criminal Case No. 1:17-cr-00035-MR-WCM, Doc. 20]. The Defendant now moves for a reduction of her sentences in both criminal cases pursuant to Section 404 of the First Step Act of 2018.

The First Step Act of 2018, Pub. L. 115-391, was signed into law on December 21, 2018. Section 404 of the Act gives retroactive effect to the changes made by Sections 2 and 3 of the Fair Sentencing Act of 2010. Section 404(a) defines a "covered offense" as "a violation of a Federal criminal statute, the statutory penalties for which were modified by Section 2 or 3 of the Fair Sentencing Act of 2010 . . ., that was committed before August 3, 2010." Sections 2 and 3 of the Fair Sentencing Act of 2010 increased the quantity of cocaine base required to trigger the enhanced penalties of 21 U.S.C. § 841 and eliminated the mandatory minimum for simple possession of cocaine base under 21 U.S.C. § 844(a).

Here, the Defendant has pled guilty to and was convicted of charges involving methamphetamine, not cocaine base. Moreover, her possession charges in Criminal Case No. 1:17-cr-00035-MR-WCM occurred well after the enactment of the Fair Sentencing Act of 2010. Accordingly, the Defendant is not eligible for relief under Section 404 of the First Step Act

2

because she has not been convicted of a "covered offense" under Section 404(a)'s definition.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "First Step Act (FSA) Sentence Reduction Motion" [Criminal Case No. 1:04-cr-00043-MR-4, Doc. 379; Criminal Case No. 1:17-cr-00035-MR-WCM-1, Doc. 25] is **DENIED**.

**IT IS SO ORDERED.**

Signed: March 11, 2020

Martin Reidinger
United States District Judge